## U.S. BANKRUPTCY COURT
### District of South Carolina

Case Number: **14-05149-jw**

## ORDER APPROVING TRIAL PAYMENT PLAN

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**11/18/2015**



*/s/ John E. Waites*

US Bankruptcy Judge
District of South Carolina

Entered: 11/19/2015

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 14-05149-jw |
|---|---|
| Heather Yvonne Snelson<br>5812 Sedgefield Drive<br>Hanahan, SC 29410<br>SSN xxx-xx-6589 | CHAPTER 13<br><br>**INTERIM ORDER GRANTING<br>APPROVAL OF TRIAL PERIOD PLAN** |
| Debtor. | |

This case came before the Court upon the Debtor's Request to Approve Trial Period Plan with Specialized Loan Servicing, LLC., and this Court having considered the matter ORDERS AS FOLLOWS:

1. The request is granted.
2. The Trial Period Plan with the Mortgage Creditor is hereby approved and the parties are ordered to comply with the terms of the Trial Period Plan:

   ☐ The Trial Period Plan is described in the attachments hereto **or**

   ☒ The terms are as follows:

   i. The Trial Period Plan Payments are in the amount of $723.44, representing principal, interest, taxes and insurance beginning January 1, 2015.

   ii. The payments will be sent to: Specialized Loan Servicing LLC, 8742 Lucent Blvd. Suite 300 Highlands Ranch, CO 80129

3. Debtor's counsel shall timely submit for Court approval any final loss mitigation or mortgage modification agreement after the Trial Period Plan Payments are made.

**AND IT IS SO ORDERED.**

APPROVAL REQUESTED BY:

_/s/_____

Robert R. Meredith, Jr., D.C. I.D. #06152
Elizabeth R. Heilig, D.C. I.D. #10704
Meredith Law Firm, LLC
Attorneys for the Debtor
4000 Faber Place Drive, Suite 120
Charleston, SC 29405
843-529-9000
rm@meredithlawfirm.com